1
2
3
4
5
6
7
8    **UNITED STATES DISTRICT COURT**
9    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| KARIE HIRONS, an individual, | ) Case No.: 2:16-cv-08026-R-JPR |
| Plaintiff, | ) |
| v. | ) **ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| DIVERSIFIED CONSULTANTS, INC., a corporation; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

Pursuant to the Stipulation filed by the Parties, **IT IS HEREBY ORDERED** that:

     1.    Plaintiff KARIE HIRONS dismisses her action against Defendant DIVERSIFIED CONSULTANTS, INC., with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED:  January 27, 2017

_____
Judge of the United States District Court